THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED ROSS, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPHINE LOFTIS, Respondent, v. HARRY BLEYER and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BENJAMIN IMBER, Respondent, v. ISIDORE KAPLAN and JOSEPH A. WEGMAN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

FREDERICK P. SCHAEFER, Appellant, v. FRANK J. NEVINS, Respondent. (Personal Transaction.) FREDERICK P. SCHAEFER, Appellant, v. FRANK J. NEVINS, Respondent. (Estate Transaction.) — Judgments affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DOROTHEA CODMAN RODEWALD, Appellant, v. WILLIAM MACNEIL RODEWALD, JR., Respondent.— Order affirmed, with twenty dollars costs and disbursements, with leave to plaintiff to reply within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

SADIE WEINTRAUB, Respondent, v. SOL WEINTRAUB, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

EAST RIVER SAVINGS BANK, Respondent, v. HAT REALTY CORPORATION and Another, Respondents, Impleaded with CAROLINE C. WARD, Appellant, and Others, Defendants.— Orders affirmed, with twenty dollars costs and disbursements to the plaintiff, respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

STEELE COMPRESS COMPANY, Respondent, v. INDUSTRIAL FIRE INSURANCE COMPANY and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

In the Matter of the Application of FANNIE MICHAEL, Appellant, to Vacate Decree of Probate Heretofore Granted and for Leave to Contest. In the Matter of Proving the Last Will and Testament of WILLARD H. JONES, Deceased.*— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANK L. REMEY, Respondent, Pursuant to Section 4-a of the Arbitration Law. NEWBURGER, LOEB & COMPANY, Appellant.— Order in so far as it grants the motion for a jury trial, formulates the question to be referred for trial by the jury, and grants a stay of the arbitration pending such verdict, reversed, with twenty dollars costs and disbursements, and the motion for a jury trial denied. (See *Newburger* v. *Lubell,* 257 N. Y. 383.) Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.